UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:    §
          §
SORG, MICHAEL DEWAYNE    §    Case No. 12-11097
          §
          Debtor(s)    §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Case 12-11097    Doc# 31    Filed 09/30/13    Page 1 of 9

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/EDWARD J NAZAR_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No: | 12-11097   DLS   Judge: DALE L. SOMERS | Trustee Name: | EDWARD J NAZAR |
|---|---|---|---|
| Case Name: | SORG, MICHAEL DEWAYNE | Date Filed (f) or Converted (c): | 04/30/12 (f) |
| | | 341(a) Meeting Date: | 05/29/12 |
| For Period Ending: | 09/16/13 | Claims Bar Date: | 10/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 516 S OAK ST, MEDICINE LODGE, KS | Unknown | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 20.00 | 20.00 | | 0.00 | FA |
| 3. CASH ON DEPOSIT THE PEOPLES BANK | 20.00 | 20.00 | | 0.00 | FA |
| 4. FURNITURE | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 7. 2011 TAX REFUNDS | Unknown | 0.00 | | 1,223.22 | FA |
| 8. 2001 SILVERADO | 8,000.00 | 0.00 | | 0.00 | FA |
| 9. PREFERENCES (u) | Unknown | 0.00 | | 1,752.99 | FA |
| 10. 2013 EARNED INCOME TAX CREDIT (u) | 3,490.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $14,730.00 | $40.00 | | $2,976.21 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/13    Current Projected Date of Final Report (TFR): 09/01/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| | |
|---|---|
| Case No: | 12-11097 -DLS |
| Case Name: | SORG, MICHAEL DEWAYNE |
| Taxpayer ID No: | *******5487 |
| For Period Ending: | 09/16/13 |

| | |
|---|---|
| Trustee Name: | EDWARD J NAZAR |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******2440 Checking |
| Blanket Bond (per case limit): | $ 27,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/13/12 | | Trsf In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 1,751.29 | | 1,751.29 |
| 08/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.23 | 1,750.06 |
| 09/17/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.00 | 1,748.06 |
| 10/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.94 | 1,746.12 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.00 | 1,744.12 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.93 | 1,742.19 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.99 | 1,740.20 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.99 | 1,738.21 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.33 | 1,735.88 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.58 | 1,733.30 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 1,723.30 |
| 05/08/13 | 7 | MICHAEL DEWAYNE SORG 10041 SE CARDINAL SHARON, KS 67138-9046 | TAX REFUND | 1124-000 | 1,223.22 | | 2,946.52 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,936.52 |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,926.52 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 2,974.51 | 47.99 | 2,926.52 |
| Less: Bank Transfers/CD's | | 1,751.29 | 0.00 | |
| Subtotal | | 1,223.22 | 47.99 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 1,223.22 | 47.99 | |

Page Subtotals  2,974.51  47.99

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-11097 -DLS | Trustee Name: | EDWARD J NAZAR |
|---|---|---|---|
| Case Name: | SORG, MICHAEL DEWAYNE | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******8094 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5487 | | |
| For Period Ending: | 09/16/13 | Blanket Bond (per case limit): | $ 27,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/12 | 9 | MYERS & WATSON TRUST ACCOUNT | PREFERENCE | 1241-000 | 1,752.99 | | 1,752.99 |
| 07/13/12 | | Union Bank | BANK FEES | 2600-000 | | 1.70 | 1,751.29 |
| | | 1980 Saturn Street | | | | | |
| | | Monterey Park, CA  91755 | | | | | |
| 07/13/12 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 1,751.29 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 1,752.99 | 1,752.99 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 1,751.29 | |
| Subtotal | 1,752.99 | 1.70 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,752.99 | 1.70 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2440 | 1,223.22 | 47.99 | 2,926.52 |
| Checking Account (Non-Interest Earn - ********8094 | 1,752.99 | 1.70 | 0.00 |
| | 2,976.21 | 49.69 | 2,926.52 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    1,752.99    1,752.99

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 16, 2013

Case Number: 12-11097
Debtor Name: SORG, MICHAEL DEWAYNE
Claims Bar Date: 10/17/12

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | CVF Consumer Acquisition Co<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | Unsecured | Filed 08/01/12 | $442.05 | $0.00 | $442.05 |
| 000002 070 7100-00 | Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090-2036 | Unsecured | Filed 08/13/12<br>(2-1) 34343342 | $474.17 | $0.00 | $474.17 |
| 000003 070 7100-00 | Medicine Lodge Memorial Hospital<br>co James D Watson Esq<br>PO Box 309<br>Eureka KS 67045 | Unsecured | Filed 09/21/12 | $7,273.32 | $0.00 | $7,273.32 |
| 000004 070 7100-00 | United Consumer Financial Services<br>Bass and Associates PC<br>3936 E Ft Lowell Rd Suite 200<br>Tucson AZ 85712 | Unsecured | Filed 10/17/12 | $1,900.71 | $0.00 | $1,900.71 |
| | Case Totals: | | | $10,090.25 | $0.00 | $10,090.25 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-11097
Case Name: SORG, MICHAEL DEWAYNE
Trustee Name: EDWARD J NAZAR

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: EDWARD J NAZAR | $ | $ | $ |
| Trustee Expenses: EDWARD J NAZAR | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CVF Consumer Acquisition Co | $ | $ | $ |
| 000002 | Asset Acceptance LLC | $ | $ | $ |
| 000003 | Medicine Lodge Memorial Hospital | $ | $ | $ |
| 000004 | United Consumer Financial Services | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE